M56

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 27 AM 9: 48
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

'08 MJ 2634

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Alfonso DELTORO-Garcia**<br>**AKA: Pablo GUTIERREZ- Del Toro;**<br>**Alejandro DEL TORO- Gutierrez**<br><br>Defendant. | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br><br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **August 25, 2008**, within the Southern District of California, defendant, **Alfonso DELTORO-Garcia, AKA: Pablo GUTIERREZ- Del Toro Alejandro DEL TORO- Gutierrez;** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent;
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **August 2008.**

[signature]

UNITED STATES MAGISTRATE JUDGE

8/26/08

M36

PROBABLE CAUSE STATEMENT

On August 25, 2008, defendant **Alfonso DELTORO-Garcia, AKA: AKA: Pablo GUTIERREZ- Del Toro Alejandro DEL TORO- Gutierrez;** was arrested by the National City Police Department for violation of Penal Code 647(F) "Disorderly Conduct/Drunk" and booked into county jail where an Immigration Agent determined him to be a citizen of Mexico and placed an (I-247) Immigration Hold pending his release.

On August 26, 2008, defendant was referred to the custody of Immigration and Customs Enforcement (ICE) for further action. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been previously deported or removed from the United States.

A thorough review of official immigration computer database record checks revealed that the defendant had been ordered removed from the United States by an Immigration Judge on March 15, 2004, and removed to Mexico via the San Ysidro, California, Port of Entry on March 16, 2004. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System IDENT was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed the defendant's identity as **Alfonso DELTORO-Garcia**, a citizen and national of Mexico.

D. Woody

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent;
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **August 2008.**

W McCurine Jr.

UNITED STATES MAGISTRATE JUDGE